UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00449-MOC-DSC

| | | |
|---|---|---|
| **SOUTHERN FOODSERVICE MANAGEMENT, INC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES LEDDY** | ) | |
| **BANC OF AMERICA MERCHANT SERVICES, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's consent Motion for Entry of an Order of Dismissal Without Prejudice.  Having considered plaintiff's consent motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's consent Motion for Entry of an Order of Dismissal Without Prejudice (#8) is **GRANTED**, and this action is **DISMISSED** without prejudice.

Signed: September 5, 2017

Max O. Cogburn Jr.
United States District Judge