# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Southern Foodservice Management, Inc**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00449-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| James Leddy<br>Banc of America Merchant Services, LLC**,**<br>Defendant(s). | )<br><br>) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 5, 2017 Order.

September 5, 2017

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court